IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERGIO IVAN GUTIERREZ,

    Plaintiff,

v.

WELLS FARGO BANK, *et al.*,

    Defendants.

No. C 08-5586 SI

**ORDER DENYING PLAINTIFF'S MOTIONS FOR A TEMPORARY RESTRAINING ORDER**

On February 9, 2009, the Court issued an order dismissing plaintiff's complaint with leave to amend and denying plaintiff's motion for a temporary restraining order ("TRO"). Since then, plaintiff has filed two additional requests for a TRO. Docket Nos. 20, 23. For the following reasons, plaintiff's motions for a TRO are DENIED.

The Court denied plaintiff's initial motion for a TRO because the Court found that plaintiff is unlikely to succeed on the merits of his case. *See* Order Granting Defs.' Mot. to Dismiss at 10. Thus, the Court construes plaintiff's subsequent requests for a TRO as a motion for reconsideration of its previous ruling.

Plaintiff's motion is improper because he failed to seek leave of the Court before filing a motion for reconsideration, but in any event, plaintiff's motion for reconsideration would have been denied. *See* Civil Local Rule 7-9(a) ("No party may notice a motion for reconsideration without first obtaining leave of Court to file the motion."). To succeed on a motion for rehearing, plaintiff would have to demonstrate either: (1) a material difference in fact or law from that which was presented to the Court; (2) the emergence of new material facts or a change in law; or (3) a manifest failure by the Court to consider material facts or dispositive legal arguments. Civil Local Rule 7-9(b). Plaintiff has not

demonstrated any of these in any of his subsequent filings.

For all of the foregoing reasons, the Court hereby DENIES plaintiff's motions for a TRO.

**IT IS SO ORDERED.**

Dated:  February 20, 2009

SUSAN ILLSTON
United States District Judge