IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERGIO I. GUTIERREZ,          No. C 08-05586 SI

    Plaintiff,            **JUDGMENT**

  v.

WELLS FARGO BANK, *et al.*

    Defendants.
                 /

   Defendants' motion to dismiss is granted without leave to amend. Judgment is entered accordingly.

   **IT IS SO ORDERED AND ADJUDGED.**

Dated: April 20, 2009

                           SUSAN ILLSTON
                           United States District Judge

**United States District Court**
For the Northern District of California